## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DIANE M. LENTINI,          :

      **Plaintiff**        :    **CIVIL ACTION NO. 4:14-0961**

      **v.**          :      **JUDGE MANNION**

**GEISINGER MEDICAL CENTER,**  :
**SHAMOKIN AREA COMMUNITY**
**HOSPITAL, and GEISINGER**     :
**HEALTH SYSTEM FOUNDATION,**

                   :

      **Defendants**

                   :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

    **(1)**    The defendant's motion for summary judgment, **(Doc. 36)**, is **GRANTED**.

    **(2)**    Judgment is entered in favor of the defendant and against the plaintiff.

    **(3)**    The Clerk of Court is directed to **CLOSE THIS CASE**.


                           s/ *Malachy E. Mannion*
                         **MALACHY E. MANNION**
                         **United States District Judge**

**Date:  March 26, 2018**